IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| CHARLES GEORGE MORETTI;<br>a/k/a CHARLES G. MORETTI;<br>a/k/a CHARLES MORETTI, | CASE NO.    -_____-bk-___ |
| Debtor(s) | |

**AFFIDAVIT OF DEBTOR CERTIFYING THAT HE IS NOT REQUIRED TO FILE FEDERAL INCOME TAX RETURNS**

<u>Charles George Moretti</u>, the Debtor herein, under penalty of perjury, hereby certifies and attests that he does not receive annual earned income in amounts sufficient to require that he file Federal income tax returns, and has not filed nor has been required to file tax returns for the last two taxable years.

Date:  May 17, 2021          s/ Charles George Moretti
                             CHARLES GEORGE MORETTI