# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| **Charles George Moretti**, | : | Case No. 5:21-bk-01126-MJC |
| *aka* Charles G. Moretti | : | Chapter 13 |
| *aka* Charles Moretti | : | |
| Debtor | : | |

## NOTICE TO CREDITORS AND PARTIES IN INTEREST:
## MOTION TO ALTER OCTOBER 27, 2021 ORDER AUTHORIZING SALE REAL PROPERTY OF THE ESTATE:
## 128 Whippoorwill Dr., Bushkill, PA 18324

Debtor **Charles George Moretti** filed a petition under Chapter 13 of the Bankruptcy Code on May 18, 2021. Notice is hereby given that Debtor filed a SECOND MOTION TO ALTER OCTOBER 27, 2021 ORDER seeking authorization to sell **128 WHIPPOORWILL DR., BUSHKILL, PA 18324** for Two Hundred Ten Thousand and 00/100 ($210,000.00) Dollars, to Jose F. Torres, or his assignees or substitute purchasers for the same or higher amount, via private sale and to distribute the proceeds as indicated below. The sale is not subject to higher or better offers except as the Court may direct to resolve an Objection. The time, date and place of sale will be determined after an Order is entered.

Debtor requests the Court to allow distribution of the proceeds from the sale of the real estate at settlement, pursuant to the priority of the United States Bankruptcy Court as follows:

a. Any out-of-pocket expenses advanced by or on behalf of Debtor and/or his realtor or closing agent in connection with the sale of the Property, and which have not been reimbursed at the time of settlement; then to

b. Any notarization, document preparation, mail or wire fees, and/or incidental recording fees associated with the sale of the above property; then to

c. Any transfer tax which is the responsibility of the seller; then to

d. Realtors' commissions; then to

e. Attorneys' Fees of $750.00 to Newman Williams, P.C. for preparing, filing and serving the instant motion and resolving objections, if any; then to

f. Any real estate taxes, including amounts owed to the Pike County Tax Claim Bureau with a payoff amount to be provided at time of closing, and municipal or tax liens, including amounts owed to PA Department of Revenue with a payoff amount to be provided at time of closing; then to

g. Pocono Ranchlands POA in the amount of $34,884.23;

h. Debtor on account of his exempt interest in the Property ($19,349.44); then to

i. Jack N Zaharopoulos, Standing Chapter 13 Trustee, for further disposition in accordance with Debtor's Chapter 13 Plan or future Amended Chapter 13 Plan.

If you object to the relief requested, you must file your objection/response on or before **FEBRUARY 18, 2022,** with the Clerk of Bankruptcy Court, 274 Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701, and serve a copy on Attorneys for Debtor at the addresses below. If you file and serve an objection/response within the time permitted, a hearing will be held in Courtroom No. 2, Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701. If you do not file an objection/response within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing and may grant the relief requested.

Dated: **JANUARY 28, 2022**	Robert J. Kidwell, Esquire
**NEWMAN WILLIAMS, P.C.**
Attorneys for Debtors
P.O. Box 511, 712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090; fax: (570) 424-9739